UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

F I L E D
APR 19 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CITIGROUP INC., a Delaware corporation, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:11-cv-1361-LMB-IDD |
| <cicicards.com>, <ciicards.com>, <citicaards.com>, <citicardcom.net>, <citicardlogin.com>, <citicards.co>, <citicardsa.com>, <citicardsaccountonline.com>, <citicardsonline.com>, <citicardsrewards.com>, <citicared.com>, <citicarrds.com>, <citicarts.com>, <citicreditcard.org>, <citidiamondpreferred.com>, <citidiamondpreferredrewardscard.com>, <citi-group.com>, <citiicard.com>, <citimiles.com>, <citipremier.com>, <cititcard.com>, <citithankyourewards.com>, <cittcard.com>, <cittcards.com>, <citycreditcard.com>, <creditcardsciti.com>, <extraciticash.com>, <tahnkyou.com>, <wwwthankyounetwork.com>, | ) |
| Defendants. | ) |

### RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL OF
### IN REM CLAIM AGAINST <citimiles.com> DOMAIN NAME

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Citigroup Inc. hereby submits its notice of dismissal of its *In Rem* claim against <citimiles.com>.

Plaintiff maintains its *In Rem* claims against the remaining Infringing Domain Names identified in its Complaint for Injunctive Relief (Dkt. #1).

So Ordered

/s/ _LMB_  4/19/12
Leonie M. Brinkema
United States District Judge

Dated: April 17, 2012                    **WINSTON & STRAWN LLP**

By: /s/ *Charles B. Molster, III*
    Charles B. Molster, III
    Virginia Bar No. 23613
    Attorney for Citigroup Inc.
    Winston & Strawn LLP
    1700 K Street, N.W.
    Washington, D.C. 20006-3817
    Telephone: 202-282-5988
    Facsimile: 202-282-5100
    Email: cmolster@winston.com

    Marc H. Trachtenberg (Pro Hac Vice)
    Attorney for Citigroup Inc.
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601
    Telephone: 312-558-5600
    Facsimile: 312-558-5700
    Email: mtrachtenberg@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2012, I have caused the foregoing **RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL OF IN REM CLAIM AGAINST <citimiles.com> DOMAIN NAME** to be served electronically to each of the domain name defendants captioned above via the email addresses provided by the domain name registrant to the registrar.

/s/ *Charles B. Molster, III*
Charles B. Molster, III
Virginia Bar No. 23613
Attorney for Citigroup Inc.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: 202-282-5988
Facsimile: 202-282-5100
Email: cmolster@winston.com